```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                   SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

BRIAN H. HARRISON,              :

    Plaintiff,                  :

vs.                             :   CIVIL ACTION 06-0359-WS-M

GRANTT CULLIVER, et al.,        :

    Defendants.                 :

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Plaintiff's "Motion for Temporary Restraining Order and/or Preliminary Injunction in Affidavit Form" (Doc. 3) be and is hereby **DENIED**.

DONE this 14th day of August, 2006.

<u>s/WILLIAM H. STEELE</u><br>
UNITED STATES DISTRICT JUDGE