```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

BRIAN H. HARRISON,              :

    Plaintiff,                  :

vs.                             :   CIVIL ACTION 06-0359-WS-M

GRANTT CULLIVER, et al.,        :

    Defendants.                 :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's "Motion for Temporary Restraining Order and/or Preliminary Injunction in Affidavit Form" (Doc. 3) be and is hereby **DENIED**.

DONE this 14th day of August, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE