```
                 IN THE UNITED STATES DISTRICT COURT FOR THE
                         SOUTHERN DISTRICT OF ALABAMA
                              SOUTHERN DIVISION
```

| | |
|---|---|
| BRIAN H. HARRISON, | : |
|     Plaintiff, | : |
| vs. | :   CIVIL ACTION 06-0359-WS-M |
| GRANTT CULLIVER, et al. | : |
|     Defendants. | : |

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is ORDERED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 17th day of July, **2008**.

<u>s/WILLIAM H. STEELE</u>
**UNITED STATES DISTRICT JUDGE**