```
            IN THE UNITED STATES DISTRICT COURT FOR THE
                    SOUTHERN DISTRICT OF ALABAMA
                          SOUTHERN DIVISION


BRIAN H. HARRISON,                  :

      Plaintiff,                    :

vs.                                 :   CIVIL ACTION 06-0359-WS-M

GRANTT CULLIVER, et al.             :

      Defendants.                   :
```

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 17th day of July, **2008.**

**s/WILLIAM H. STEELE**
**UNITED STATES DISTRICT JUDGE**